UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

>     RE:   Mario Valentin URGILES
>           Docket Number:   2:03CR00147-04
>           <u>RELEASE OF PASSPORT</u>

Your Honor:

On July 25, 2005, Your Honor sentenced the above noted offender to a violation of 18 USC 1347 and 2 - Health Care Fraud, Aiding and Abetting, a Class C felony. He was sentenced to the Bureau of Prisons for 6 months and a 36-month term of supervised release. Special conditions of supervised release included: Not dispose or dissipate assets; financial disclosure; no new credit charges or additional lines of credit; participate in mental health treatment; aftercare co-payment; submit to collection of DNA; not discharge restitution in any bankruptcy proceeding; not be employed in any capacity where the business receives reimbursement from a federal or state agency; and reside and participate in a residential community corrections centers for a period of 6 months. Mr. Urgiles started his supervised release on October 28, 2005 in the Southern District of Florida and completed his supervised release on October 27, 2008.

Mr. Urgiles was under the supervision of the United States Pretrial Services from April 15, 2003 to September 6, 2005. As a condition of pretrial release, Mr. Urgiles was ordered to forfeit his passport to the clerk's office. Mr. Urgiles is requesting his passport be returned but the United States District Court Clerk's Office will not return the passport without authorization from the sentencing judge.

Therefore, we are recommending that Your Honor agree to have the United States District Court Clerk's Office release Mr. Urgiles's passport to him.

RE:     Mario Valentin URGILES
        Docket Number:   2:03CR00147-04
        **RELEASE OF PASSPORT**

                                    Respectfully submitted,

                                    /s/Teresa C. Hoffman
                                    **TERESA C. HOFFMAN**
                                    **United States Probation Officer**

Dated:      July 8, 2009
            Sacramento, California
            TCH/cp


**REVIEWED BY:**    /s/Karen A. Meusling
                    **KAREN A. MEUSLING**
                    **Supervising United States Probation Officer**

_____


AGREE: ___X_____              DISAGREE: _____

_____       July 13, 2009
**FRANK C. DAMRELL, JR.**               DATE
United States District Judge